# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

MARCEL A. WRIGHT,

Inmate ID Number: L35303,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

v.

I. RAMOS,

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

Provided to Walton CI
On 6-1-23 for Mailing
By (officer initials) [initials]

Case No.: 3:23-cv-15676-LC-ZCB
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES  ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: MARCEL A. WRIGHT    ID Number: L35303

List all other names by which you have been known: N/A

Current Institution: WALTON CORRECTIONAL INSTITUTION

Address: 691 INSTITUTION ROAD

DEFUNIAK SPRINGS FLA. 32433

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: I. RAMOS

   Official Position: OFFICER

   Employed at: WALTON CORRECTIONAL INSTITUTION

   Mailing Address: 691 INSTITUTION ROAD

   DEFUNIAK SPRINGS FLA. 32433

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: N/A

   Official Position: N/A

   Employed at: N/A

   Mailing Address: N/A

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

3. Defendant's Name: N/A

   Official Position: N/A

   Employed at: N/A

   Mailing Address: N/A

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☒ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

ON AUGUST 12TH 2022, I WAS TAKEN TO MEDICAL TO GET INSULIN WITH THE OTHER DIABETICS. I LEFT MEDICAL AROUND 3:00 to 3:10 AM AND WENT TO FOODSERVICE FOR THE BREAKFAST MEAL. ONCE IN FOODSERVICE ALL THE DIABETICS HAD TO WAIT TO GET BREAKFAST. AFTER A WHILE HAD PASSED MY BLOOD SUGAR STARTED TO BOTTOM OUT "WENT LOW" AND INMATE SAMPSON. T. DC# 491962 GOT THE ATTENTION OF FOODSERVICE OFFICER I. RAMOS AND ADVISED HIM THAT I INMATE WRIGHT BLOODSUGAR IS BOTTOMING OUT AND THAT HE "I" NEEDS SOME SUGAR. OFFICER I. RAMOS REPLIED "THAT WE Don't HAVE ANY SUGAR!". AT THAT MOMENT INMATE SAMPSON. T. DC# 491962 STATED TO OFFICER I. RAMOS "THEN HE NEEDS HIS TRAY" IN WHICH OFFICER I. RAMOS REPLIED "HE'LL BE FINE. HE GET HIS TRAY WHEN EVERYONE ELSE GETS THEIR'S. INMATE SAMPSON. T. WALKED

**Statement of Facts Continued** *(Page 2 of 6)*

BACKED TO HERE I WAS AT. A FEW MINUTES LATER I STARTED HAVING A SEIZURE DUE TO LOW BLOOD SUGAR AT WHICH TIME OPS WORKER/CAPT V. HARRISON CAME OUT IN THE DINING HALL. AT THAT TIME INMATE SAMPSON. T. DC# 491962. ALONG WITH INMATE JOHNSON. S. DC# 128434 AND INMATE VALENTINO. A. DC# 459988. YALL YELLED TO OPS WORKER/CAPT V. HARRISON THAT INMATE WRIGHT BLOOD SUGAR BOTTOMED OUT AND IS HAVING A SEIZURE. HE NEEDS SOME SUGAR. AT WHICH TIME OFFICER I. RAMOS YELLED STOP YELLING ACROSS MY "f'In" CHOW HALL. OPS WORKER/CAPT V. HARRISON LOOKED OVER AT ME AND THEN WENT INTO THE BACK OF THE KITCHEN AND CAME BACK OUT WITH SOME SUGAR IN HER HAND. "THE SAME SUGAR THAT FOODSERVICE OFFICER I. RAMOS STATED THAT HE" FOODSERVICE DID NOT HAVE. OPS WORKER/CAPT V. HARRISON ALSO HAD IN HER OTHER

HAND A PEANUT BUTTER SANDWICH. AT WHICH TIME OPS WORKER/CAPT V. HARRISON KNELT DOWN BESIDE ME AND POURED THE SUGAR IN TO MY MOUTH HERSELF. OPS WORKER/CAPT V. HARRISON THEN TOLD A FOODSERVICE WORKER/INMATE TO BRING A GLASS OF MILK. AT WHICH TIME OFFICER I. RAMOS WALKED AWAY AND WENT INTO THE BACK OF THE KITCHEN, OFFICER I. RAMOS NEVER MADE ANY ATTEMPT TO COME AND SEE ABOUT MY WELL BEING OR MEDICAL SITUATION, NOR DID OFFICER I. RAMOS RESPOND OR EVER CALLED FOR AN MEDICAL EMERGANCY. NOR DID OFFICER I. RAMOS CALL FOR EMERGANCY TRAFFIC IN ORDER FOR THE MEDICAL STAFF/PERSONAL TO COME TO ASSIST IN MY MEDICAL SITUATION. THIS WHOLE EVENT WAS AND IS CAPTURED ON CAMERA. ONCE OFFICER I. RAMOS WAS IN THE BACK OF THE KITCHEN. OFFICER I. RAMOS STATED TO INMATE BARNES. J. DC# K83201, THAT I HAD MANY SEIZURES IN THE DORM WHERE HE WORKED. HE STATED THIS TO INMATE BARNES J. DC# K83201 IN ORDER TO JUSTIFY NOT RENDERING ANY AID TO ME AND MY MEDICAL SITUATION/EMERGANCY. OFFICER I. RAMOS FURTHER STATED TO INMATE BARNES. J DC# K83-201 THAT "I Don't GIVE A fuxk IF HE Dies. HAD MY MEDICAL AND CRITICAL LOW BLOOD SUGAR REACTION WENT UNTREATED I WOULD HAVE WENT INTO A DIABETIC COMA AND COULD HAVE DIED.

3.

The actions of Officer I. Ramos resulted in cruial and unuscual punishment. And were also dangerous. Officer I. Ramos put my life in danger. Later that morning I called my sister Tamika Wright and told her about the incendent and she called up to Walton Correctional Institution and spoke with the Assistant Warden of Program Mrs A. Ralph and made a compliant about what took place. Assistant Warden A. Ralph told my sister Tamika Wright that Officer I. Ramos couldn't do what he did and that she's going to have an investigation started on the incendant. Later on around 12 noon to 2pm Officer H. Liski came to see me and asked me what happened and what day and time it happened because an investigation has started and she's in charge of reviewing the camera. On this day and date of August 12th 2022. I wrote my informal grievance in accordance to chapter 33 F.A.C. Do to no response/answer after 20 days had passed I filed a formal grievance to the Warden here at Walton Correctional Institution on September 1st 2022. With no response being given. I waited until October 2nd 2022 without a response still. On October 11th 2022 I filed a grievance to the Secretary, Florida

.4.

Department of Corrections. Until the filing of this motion/petition I have not gotten a response from the Secretary's office. I have exhausted all of my administrative remedies. Without a response to any of my grievances Do To Walton Correctional Institution administrative staff screening the grievance process in order to protect Officer I. Ramos. In this incident Officer I. Ramos acted deliberately and his actions was intentional. Officer I. Ramos showed a consciously deliberal indifference in going against his training and sworal oath as well as duties as an officer of the state of Florida and of the Department of Corrections. Officer I. Ramos consciously and intentionally made the choice to put my life in danger. His deliberate behavior would have caused me to go into a coma do to my critical low blood sugar reaction. The seizure/spams also causes nerve damage!. Had C/O's worker/Capt. V Harrison not reacted to my medical emergancy my life and health would have been put on the line. The actions and very dangerious actions of Officer I. Ramos on August 12th 2022, is the reason why he is being sued in his indiv-

5.

INDUAL CAPACITY UNDER DELIBERATE INDIFFERANCE.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Under the 8th Amendment of the United States Constitution. Against cruial and unusual punishment.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I'm seeking money in the sum of $2 million due to being subjected to having a seizure when it could have been avoided. And putting my life in danger. I could have went into a diabetic coma

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: __N/A__  Case #: __N/A__

   Court: __N/A__

2. Date: __N/A__  Case #: __N/A__

   Court: __N/A__

3. Date: __N/A__  Case #: __N/A__

   Court: __N/A__

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: __N/A__  Parties: __N/A__

   Court: N/A _____ Judge: N/A _____

   Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

   Reason: N/A _____

2. Case #: N/A _____ Parties: N/A _____

   Court: N/A _____ Judge: N/A _____

   Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

   Reason: N/A _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

   ☐ YES  ☑ NO

   If you answered yes, identify all lawsuits:

   1. Case #: N/A _____ Parties: N/A _____

      Court: N/A _____ Judge: _____

      Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

      Reason: N/A _____

   2. Case #: N/A _____ Parties: N/A _____

      Court: N/A _____ Judge: N/A _____

      Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

      Reason: N/A _____

   3. Case #: N/A _____ Parties: N/A _____

Court: N/A                    Judge: N/A

Date Filed: N/A    Dismissal Date *(if not pending)*: N/A

Reason: N/A

4. Case #: N/A            Parties: N/A

   Court: N/A                 Judge: N/A

   Date Filed: N/A    Dismissal Date *(if not pending)*: N/A

   Reason: N/A

5. Case #: N/A            Parties: N/A

   Court: N/A                 Judge: N/A

   Date Filed: N/A    Dismissal Date *(if not pending)*: N/A

   Reason: N/A

6. Case #: N/A            Parties: N/A

   Court: N/A                 Judge: N/A

   Date Filed: N/A    Dismissal Date *(if not pending)*: N/A

   Reason: N/A

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6-16-23   Plaintiff's Signature: _____

Printed Name of Plaintiff: MARCEL A WRIGHT

Correctional Institution: WALTON CORRECTiONAL INStitutioN

Address: 691 INStitutioN ROAd

DEFuNiAK SPRINGS FLA. 32433

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __16TH__ day of __JUNE__,
20__23__.

Signature of Incarcerated Plaintiff: _____

Wright, Marcel DC# 133303
Walton Correctional Institution
691 Institution Rd.
DeFuniak Springs, FL 32433
LEGAL MAIL

U.S. District Court
1. North Palafox Street
Pensacola Fla. 32502

Provided to Walton CI
On 6-16-23 for Mailing
Date
By (officer initials) [signature] MW

JUN 2 1 2023