Reception & Medical Center
Date: 10-19-23
Initials: [signature]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

MARCEL A. WRIGHT,

Inmate ID Number: L35303,

(*Write your full name and inmate ID number.*)

**Case No.:** 3:23CV15676/LAC/ZCB
(*To be filled in by the Clerk's Office*)

v.

I. RAMOS,

**Jury Trial Requested?**
☑ YES ☐ NO

_____,

_____,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

/

FILED USDC FLND PN
OCT 23 '23 PM1:16

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: MARCEL A. WRIGHT  ID Number: L35303

List all other names by which you have been known: N/A

Current Institution: WALTON CORRECTIONAL INSTITUTION

Address: 691 INSTITUTION ROAD
DEFUNIAK SPRINGS FLA. 32433

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: I. RAMOS

   Official Position: OFFICER

   Employed at: WALTON CORRECTIONAL INSTITUTION

   Mailing Address: 691 INSTITUTION ROAD
   DEFUNIAK SPRINGS FLA 32433

   ☒ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: N/A

   Official Position: N/A

   Employed at: N/A

   Mailing Address: N/A

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: N/A

   Official Position: N/A

   Employed at: N/A

   Mailing Address: N/A

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee   ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

ON AUGUST 12TH, 2022, I WAS TAKEN TO MEDICAL TO GET INSULIN WITH THE OTHER DIABETICS. I LEFT MEDICAL AROUND 3:00 to 3:10 AM AND WENT TO FOODSERVICE FOR THE BREAKFAST MEAL. ONCE IN FOODSERVICE ALL THE DIABETICS HAD TO WAIT TO GET BREAKFAST. AFTER A WHILE HAD PASSED MY BLOOD SUGAR STARTED TO BOTTOM OUT "WENT LOW" AND INMATE SAMPSON, T. DC# 491962 GOT THE ATTENT- ION OF FOODSERVICE OFFICER I. RAMOS AND ADVISED HIM THAT I INMATE WRIGHT BLOODSUGAR IS BOTTOMING OUT AND THAT HE "I" NEEDS SOME SUGAR. OFFICER I. RAMOS REPLIED " THAT WE DON'T HAVE ANY SUGAR! AT THAT MOMENT INMATE SAMPSON, T. DC# 491962 STATED TO OFFICER I. RAMOS "THEN HE NEEDS HIS TRAY" IN WHICH OFFICER I. RAMOS REPLIED " HE'll BE FINE

**Statement of Facts Continued** (Page 2 of 6)

, HE GETS HIS TRAY WHEN EVERYONE ELSE GETS THEIR'S. INMATE SAMPSON. T. WALKED BACK TO WHERE I WAS AT. A FEW MINUTES LATER I STARTED HAVING A SEIZURE DO TO LOW BLOOD SUGAR. AT WHICH TIME OPS WORKER/CAPT. V. HARRISON CAME OUT IN THE DINING HALL, AT THAT TIME INMATE SAMPSON. T. DC#491962. ALONG WITH, INMATE JOHNSON. S. DC# 128434 AND INMATE VALENTINO. A. DC# 1159988. All YELLED TO OPS WORKER/CAPT V. HARRISON THAT INMATE WRIGHT BLOOD SUGAR BOTTOMED OUT AND IS HAVING A SEIZURE HE NEEDS SOME SUGAR. AT WHICH TIME OFFICER I. RAMOS YELLED STOP YELLING ACROSS MY "F'IN" CHOW HALL. OPS WORKER/CAPT V HARRISON LOOKED OVER AT ME AND THEN WENT INTO THE BACK OF THE KITCHEN AND

CAME BACK OUT WITH SOME SUGAR IN HER HAND "THE SAME SUGAR THAT FOOD SERVICE OFFICER I. RAMOS STATED THAT HE "FOOD SERVICE DID NOT HAVE". OPS WORKER/CAPT V. HARRISON ALSO HAD IN HER OTHER HAND A PEANNUT BUTTER SAND WHICH, AT WHICH TIME OPS WORKER/CAPT V. HARRISON KNELT DOWN BESIDE ME AND POURED THE SUGAR IN TO MY MOUTH HERSELF. OPS WORKER/CAPT V. HARRISON THEN TOLD A FOOD SERVICE WORKER/INMATE TO BRING A GLASS OF MILK. AT WHICH TIME OFFICER I. RAMOS WALKED AWAY AND WENT INTO THE BACK OF THE KITCHEN, OFFICER I. RAMOS NEVER MADE ANY ATTEMPT TO COME AND SEE ABOUT MY WELL BEING OR MEDICAL SITUATION. NOR DID OFFICER I. RAMOS RESPOND OR CALL FOR AN MEDICAL EMERGANCY. NOR DID OFFICER I. RAMOS CALL FOR EMERGANCY TRAFFIC IN ORDER FOR THE MEDICAL STAFF/PERSONAL TO COME TOO ASSIST IN MY MEDICAL SITUATION. THIS WHOLE EVENT WAS AND IS CAPTURED ON CAMERA. ONCE OFFICER I. RAMOS WAS IN THE BACK OF THE KITCHEN, OFFICER I. RAMOS STATED TO INMATE BARNES, J. DC# K83201, THAT I HAD MANY SEIZURES IN THE DORM WHERE HE WORKED. HE STATED THIS TO INMATE BARNES, J. DC# K83201. IN ORDER TO JUSTIFY NOT RENDERING ANY AID TO ME AND MY MEDICAL SITUATION/ EMERGANCY. OFFICER I. RAMOS FURTHER STATED TO INMATE BARNES J. DC#

3

K83201 THAT "I DON'T GIVE A FCCK IF HE DIES. HAD MY MEDICAL AND CRITICAL LOW BLOOD SUGAR REACTION WENT UNTREATED I WOULD HAVE WENT INTO A DIABETIC COMA AND COULD HAVE DIED. THE ACTIONS OF OFFICER I. RAMOS RESULTED IN CURIAL AND UNUSUAL PUNISHMENT AND WAS ALSO DANGEROUS. OFFICER I. RAMOS PUT MY LIFE IN DANGER. LATER THAT MORNING I CALLED MY SISTER TAMIKA WRIGHT AND TOLD HER ABOUT THE INCIDENT AND SHE CALLED UP TO WALTON CORRECTIONAL INSTITUTION AND SPOKE WITH THE ASSISTANT WARDEN OF PROGRAMS MRS. A. RALPH AND MADE A COMPLAINT ABOUT WHAT TOOK PLACE. ASSISTANT WARDEN A. RALPH TOLD MY SISTER TAMIKA WRIGHT THAT OFFICER I. RAMOS COULDN'T DO WHAT HE DID AND THAT SHE'S GOING TO HAVE A INVESTIGATION STARTED ON THE INCIDENT. LATER ON AROUND 12 NOON TO 2PM OFFICER H. LISKI CAME TO SEE ME AND ASKED ME WHAT HAPPENED AND WHAT DAY AND TIME IT HAPPENED. BECAUSE AN INVESTIGATION HAS STARTED AND SHE'S IN CHARGE OF REVIEWING THE CAMERA. ON THIS DATE AND DAY OF AUGUST 12TH. 2022 I WROTE MY INFORMAL GRIEVANCE IN ACCORDANCE TO CHAPTER 33 F.A.C DO TO NO RESPONCE/ANSWER AFTER 20 DAYS HAD PASSED I FILED A FORMAL GRIEVANCE TO THE WARDEN HERE AT WALTON CORRECTIONAL INSTITUTION

4

ON SEPTEMBER 1st, 2022, WITH NO RESPONSE BEING GIVEN. I WAITED UNTIL OCTOBER 2nd 2022 WITH OUT A RESPONSE STILL. ON OCTOBER 11TH 2022 I FILED A GRIEVANCE TO THE SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. UNTIL THE FILING OF THIS MOTION/PETITION I HAVE NOT GOTTEN A RESPONSE FROM THE SECRETARY'S OFFICE. I HAVE EXHAUSTED ALL OF MY ADMINISTRATIVE REMEDIES, WITHOUT A RESPONSE TO ANY OF MY GRIEVANCES DO TO WALTON CORRECTIONAL INSTI- TUTION ADMINISTRATIVE STAFF SCREENING THE GRIEVANCE PROCESS IN ORDER TO PROTECT OFFICER I. RAMOS. IN THIS INCIDENT OFFICER I. RAMOS ACTED DELIBERATELY AND HIS ACTIONS WAS INTENT- IONAL. OFFICER I. RAMOS SHOWED A CONSCIOUSLY DELIBERAL INDIFFERANCE IN GOING AGAINST HIS TRIANING AND SWORN OATH. AS WELL AS DUTIES AS AN OFFICER OF THE STATE OF FLORIDA AND OF THE DEPARTMENT OF CORRECTIONS. OFFICER I. RAMOS CONSCIOUSLY AND INTENTIONALLY MADE THE CHOICE TO PUT MY LIFE IN DANGER, HIS DELIBERATE BE- HAVIOR WOULD HAVE CAUSED ME TO GO INTO A COMA DO TO MY CRITICAL LOW BLOOD SUGAR REAC- TION. THE SEIZURES/SPASMS ALSO CAUSES NERVE DAMAGE!. HAD OPS WORKER/CAPT V. HARRISON NOT REACTED TO MY MEDICAL EMERGANCY MY LIFE AND HEALTH WOULD HAVE BEEN PUT ON THE

5

LINE. THE ACTIONS AND DANGEROUS ACTIONS OF OFFICER I. RAMOS ON AUGUST 12TH 2022. IS THE REASON WHY HE IS BEING SUED IN HIS INDIVIDUAL CAPACITY UNDER DELIBERATE INDIFFERANCE

## PUNITIVE DAMAGE ARGUMENT CLAIM.

DUE TO BEING SUBJECTED TO CURIAL AND UNUSUAL PUNISHMENT BY OFFICER I. RAMOS, I WAS SUBJECTED TO HAVING A SEIZURE / SPASMS THAT HAD HE RENDERED AID TO ME I WOULD NOT HAVE WENT INTO A LOW BLOOD SUGAR REACTION. HAD OFFICER I. RAMOS NOT ACTED WITH DELIBERATE INDIFFERANCE MY LIFE WOULD NOT HAVE BEEN PUT IN DANGER. OFFICER I. RAMOS SHOWED THAT HE DID NOT CARE ABOUT MY WELL BEING AND LIFE, WITH HIS INTENTIONS WAS FOR ME TO DIE. I'M ASKING FOR TWO (2) MILLION IN PUNITIVE DAMAGES. DUE TO MY LIFE MEANS SOMETHING AND WORTH MORE THEN OFFICER I. RAMOS THOUGHT AND SHOWED.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

UNDER THE 8TH AMANDMENT OF THE UNITED STATES CONSTITUTION AGAINST CURIAL AND UNUSUAL PUNISHMENT

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I'M SEEKING MONY IN THE SUM OF $2. Million DUE TO BEING SUBJECTED TO HAVING A SEIZURE WHEN IT COULD HAVE BEEN AVOIDED, AND PUTTING MY LIFE IN DANGER. I COULD HAVE WENT INTO A DIABETIC COMA.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: N/A   Case #: N/A

   Court: N/A

   Reason: N/A

2. Date: N/A   Case #: N/A

   Court: N/A

   Reason: N/A

3. Date: N/A   Case #: N/A

   Court: N/A

   Reason: N/A

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: __N/A__ Parties: __N/A__

   Court: __N/A__ Judge: __N/A__

   Date Filed: __N/A__ Dismissal Date *(if not pending)*: __N/A__

   Reason: __N/A__

2. Case #: __N/A__ Parties: __N/A__

   Court: __N/A__ Judge: __N/A__

   Date Filed: __N/A__ Dismissal Date *(if not pending)*: __N/A__

   Reason: __N/A__

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in ***state or federal court*** either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

2. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

3. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

4. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

5. Case #: N/A        Parties: N/A

   Court: N/A         Judge: N/A

   Date Filed: N/A    Dismissal Date (*if not pending*): N/A

   Reason: N/A

6. Case #: __N/A__   Parties: __N/A__

   Court: __N/A__   Judge: __N/A__

   Date Filed: __N/A__   Dismissal Date (*if not pending*): __N/A__

   Reason: __N/A__

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 10-19-23  Plaintiff's Signature: _____

Printed Name of Plaintiff: MARCEL A. WRIGHT

Correctional Institution: WALTON CORRECTIONAL INSTITUTION

Address: 691 INSTITUTION ROAD

DEFUNIAK SPRINGS FLA. 32433

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 19TH day of October, 2023** AND THAT A COPY HAS BEEN MAILED TO BRIAN FALLON PL-01 THE CAPITOL. TALLAHASSEE FLA. 32399-1050.
Signature of Incarcerated Plaintiff: _____

MARCEL ALBRIGHT
DC# L35303-02132-S
LAKE BUTLER "R.M.C" W/u
P.O. BOX 628
LAKE BUTLER, FLA 32054

MAILED FROM A STATE CORRECTIONAL INSTITUTION



OCT 23 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
1 NORTH PALAFOX STREET
PENSACOLA FLA. 32502