UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCEL A. WRIGHT,
    Plaintiff,

v.                                              Case No.: 3:23cv15676/LAC/ZCB

I. RAMOS,
    Defendant.
_____/

## ORDER

Presently before the Court are *pro se* Plaintiff's motions for discovery materials. (Docs. 32 & 33). Plaintiff seeks discovery from the Warden at Walton Correctional Institution and Ricky Dixon, the Secretary of the Florida Department of Corrections. Both are not parties in this action.

Although Plaintiff cites Federal Rule of Civil Procedure 16, that provision does not apply to non-parties. Rather, discovery from non-parties is governed by Rule 45. *See, e.g.*, Fed. R. Civ. P. 34(c); *Harris v. SCMPD (CNT Agents)*, No. CV417-154, 2018 WL 1863648, at *2 (S.D. Ga. Apr. 18, 2018) ("Rule 45 is the proper avenue to seek discovery against a non-party[.]"). Rule 45 requires a subpoena be issued when seeking discovery from non-parties. Fed. R. Civ. P. 45. The Court must approve

1

a *pro se* plaintiff's request for the issuance of a subpoena commanding the production of documents from non-parties. *See Ravan v. Benton*, No. CV420-267, 2021 WL 4270127, at *2 (S.D. Ga. Sept. 2, 2021) ("A court supervising prisoner *pro se* cases must prevent abuse of its subpoena power and, at the very least, ensure that subpoenas are used for permissible purposes.") (cleaned up).

The Court will not grant a plaintiff's request for the issuance of subpoena unless the plaintiff shows that he cannot obtain the documents himself or obtain them from Defendant through a request for production of documents. Fed. R. Civ. P. 34. Additionally, the documents sought by plaintiff must fall within the scope of discovery under Rule 26(b)(1). Rule 26(b)(1) provides that "[p]arties may obtain discovery regarding any nonprivileged matter relevant to a party's claim or defense" or any relevant information "reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). The Court has an obligation to ensure that a requested subpoena would not unduly burden the subpoena's recipient. *See* Fed. R. Civ. P. 45(d)(1).

Therefore, Plaintiff must show (1) that he cannot obtain the documents he requests on his own or through requests for production

from Defendant; (2) the documents requested are relevant to his claims; and (3) production of the documents would not unduly burden the non-parties. He has not done so.

Accordingly, it is **ORDERED** that Plaintiff's motions for discovery (Docs. 32, 33) are **DENIED without prejudice**. Plaintiff shall follow the procedures outlined in Federal Rule of Civil Procedure 45 if he wishes to obtain documents from non-parties.

**DONE AND ORDERED** this 8th day of December 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge