UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCEL WRIGHT,
    Plaintiff,

vs.                                            Case No.:  3:23cv15676/LAC/ZCB

OFFICER I. RAMOS,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 8, 2024.  (Doc. 41).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 41) is adopted and incorporated by reference in this order.

2.    Defendant's motion to dismiss (Doc. 27) is **DENIED** without prejudice.

1

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 10th day of April, 2024.

                 *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**